HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
ALEX GARCIA JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX GARCIA JR.,<br><br>Defendant. | Case No.  1:17-cr-00183-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date:   July 23, 2021<br>Time:   8:30 a.m.<br>Judge:  Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Friday, July 23, 2021, before the Honorable Dale A. Drozd, be continued to Friday, August 20, 2021, at 8:30 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests additional time to conduct investigation and complete sentencing preparation with Mr. Garcia.  Accordingly, the parties request a continuance to Friday, August 20, 2021.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 16, 2021                 */s/ Matthew Lemke*
                                     MATTHEW LEMKE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ALEX GARCIA JR.


PHILLIP A. TALBERT
Acting United States Attorney


DATED: July 16, 2021                 */s/ LAURA WITHERS*
                                     LAURA WITHERS
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Friday, July 23, 2021, before the Honorable Dale A. Drozd, be continued to Friday, August 20, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**July 16, 2021**__

UNITED STATES DISTRICT JUDGE

Garcia / Stipulation to Continue Sentencing Hearing -3-